**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1886**

---

YI LAN WU; D.C.,

Petitioners,

versus

ALBERTO R. GONZALES,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals.  (A97-485-933; A97-485-934)

---

Submitted: August 16, 2006        Decided: September 7, 2006

---

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Yi Lan Wu; D.C., Petitioners Pro Se. James Arthur Hunolt, Carol Federighi, M. Jocelyn Lopez Wright, Tracey Wood, Eric Warren Marsteller, Michelle Gorden Latour, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yi Lan Wu and her son, D.C., natives and citizens of the People's Republic of China, petition for review of an order of the Board of Immigration Appeals ("Board") denying their motion to reconsider its previous order, which dismissed as untimely their appeal from the immigration judge's denial of their requests for asylum, withholding of removal, and protection under the Convention Against Torture. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reconsider. See 8 C.F.R. § 1003.2(a) (2006); Jean v. Gonzales, 435 F.3d 475, 481 (4th Cir. 2006). Accordingly, we deny the petition for review. See In re: Wu, Nos. A97-485-933; A97-485-934 (B.I.A. July 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -